241 So.2d 902

**Jesse LOWE, Alias**

**v.**

**STATE.**

**6 Div. 71.**

Court of Criminal Appeals of Alabama.

Nov. 17, 1970.

Robert R. Bryan, Birmingham, for appellant.

MacDonald Gallion, Atty. Gen., and Jasper B. Roberts, Asst. Atty. Gen., for the State.

CATES, Judge.

Robbery: sentence, thirty years.

Upon consideration of the application of the appellant for a rehearing, the former opinion is withdrawn and the following becomes the opinion of the court.

On authority of Mays v. State, 45 Ala. App. 337, 230 So.2d 248, and *Moore* (6th Div. 73, ms. June 30, 1970), the judgment of conviction is reversed and the cause remanded for new trial.

Reversed and remanded.